

COURTESY COPY

BLANK ROME, LLP
Attorneys for Plaintiff
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DALIAN TIGER SHIPPING LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>DANZHOU YONGHANG STAINLESS STEEL CO. LTD.,<br><br>Defendant. | 08 Civ. 11025 (DAB)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE THAT**, upon the accompanying declaration of Jack A. Greenbaum, and Plaintiff's Memorandum of Law, dated October 23, 2009, Plaintiff DALIAN TIGER SHIPPING LIMITED will move this Court before the Honorable Deborah A. Batts, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at a date to be set by the Court for:

MEMO ENDORSED denied DAB 11/10/09

    a. Reconsideration of the Court's Order dated November 2, 2009, pursuant to F. R. Civ. P. Rule 60(b)(1) and (6) and Local Rule 6.3, and issuance of an Order maintaining the maritime attachment of funds previously restrained in this action, or alternatively

    b. Leave to amend the Complaint, pursuant to F. R. Civ. P. Rule 15, and

    c. Issuance of an Order of Attachment pursuant to F. R. Civ. P. Rule 64 and N. Y. C.P.L.R. Article 62 and

SO ORDERED ENDORSED

    d. Such other and further relief as the Court deems just and proper.

*Deborah A. Batts*
DEBORAH A. BATTS  11/10/09
UNITED STATES DISTRICT JUDGE

128740.00602/6800788v.1